# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Torrin Montrel Johnson　　　　　　　　　　　　　Docket No. 5:15-CR-56-1BO

### Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Torrin Montrel Johnson, who, upon an earlier plea of guilty to Theft of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 18, 2016, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 36 months.

Torrin Montrel Johnson was released from custody on March 18, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 24, 2016, the defendant submitted a urine specimen which tested positive for marijuana. When confronted, the defendant admitted that he smoked marijuana and expressed remorse for his actions. In order to monitor the defendant more closely for future drug use, and provide any needed treatment services, it is respectfully recommended this his conditions be modified to include drug aftercare.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5703<br>Phone: 910-483-8613<br>Executed On: April 25, 2016 |

Torrin Montrel Johnson
Docket No. 5:15-CR-56-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 25 day of April, 2016 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge